

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2019

No. 04-18-00014-CV

Virginia **BRETADO,**
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice (recused)
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Appellant's motion for rehearing en banc is DENIED.

It is so **ORDERED** on this 20th day of March, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court